LILLIAN A. DUPONT, (formerly Lillian A. Stephens) and JULIAN J. DUPONT, Her Husband, REALTY DEVELOPMENT Co., A Florida Corporation, and ARTHUR I. KORN, *Appellants,* v. FLORIDA BOND & MORTGAGE COMPANY, A Corporation Existing Under the Laws of the State of Florida, as Trustees, *Appellee.*

Division B.

Decision filed February 13, 1928.

Petition for rehearing granted August 1, 1928.

Decree reaffirmed February 13, 1929.

*Bart A. Riley,* for Appellants;

*Mitchell D. Price,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decrees herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that the said decrees of the circuit court be, and the same are hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.